PETER E. BRIXIE, Bar #124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880 Fax: (916) 658-1884
peterbrixie@gmail.com

Attorney for MARIO BROWN

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIO BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 2:12-cv-02313-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION FOR SUMMARY JUDGMENT** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 30, 2015. Therefore, all other deadlines in the court's scheduling order will be extended accordingly. The extension is needed due to press of business in plaintiff's attorney's office.

/////

/////

/////

/////

/////

/////

This is the 1ˢᵗ request for extension by plaintiff.

Dated: 10/27/15      /s/ *Peter Brixie*
PETER E. BRIXIE
Attorney at Law
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

Dated: 10/27/15      By:   /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U. S. Attorney
Attorney for Defendant


__ooo__

APPROVED AND SO ORDERED.

Dated:  October 28, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE