|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| 4 | LYNN M. HARADA, CSBN 267616<br>Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8977 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: Lynn.Harada@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| MARIO LAMONT BROWN, | ) | Case No.: 2:12-cv-02313-EFB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |
| vs. | ) | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 35 days to and including January 28, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including several other district court cases, despite due diligence.

/////

/////

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 23, 2015    */s/ Lynn M. Harada for Peter Brixie*\*
(\*as authorized via email on 12/23/15)
PETER BRIXIE
Attorney for Plaintiff


Dated: December 23, 2015    BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/  Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated: December 29, 2015.

_____
THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge